# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPARATOR TECHNOLOGY SOLUTIONS US INC., <br><br> Plaintiff, <br><br> v. <br><br> INSIGHT BREWING COMPANY, LLC, <br><br> Defendant. | Case No. 1:18-cv-01352-DAD-SAB <br><br> ORDER REQUIRING DEFENDANT TO FILE A RESPONSIVE PLEADING <br><br> TEN-DAY DEADLINE |

Plaintiff Separator Technology Solutions US Inc. filed this action in Fresno County Superior Court on September 17, 2018. On October 1, 2018, Defendant Insight Brewing Company, LLC removed the action to the Eastern District of California. (ECF No. 1.) There is a mandatory scheduling conference set for November 20, 2018, (ECF No. 7) and as of the date of this order Defendant has not filed a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a stipulation to extend the time to respond to the complaint and request to move the scheduling conference or Defendant shall file a responsive pleading within ten days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **November 7, 2018**

UNITED STATES MAGISTRATE JUDGE

1