# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPARATOR TECHNOLOGY SOLUTIONS US INC., <br><br> Plaintiff, <br><br> v. <br><br> INSIGHT BREWING COMPANY, LLC, <br><br> Defendant. | Case No. 1:18-cv-01352-DAD-SAB <br><br> ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING AND CONTINUING MANDATORY SCHEDULING CONFERENCE <br><br> (ECF No. 10) |

Plaintiff Separator Tecnology Solutions US, Inc., filed this action in Fresno County Superior Court on September 17, 2018, which was removed to the above-entitled court on October 1, 2018. (ECF No. 1.) On November 7, 2018, the Court ordered Defendant to either file a stipulation to extend the time to respond to the complaint and request to continue the scheduling conference, or otherwise file a responsive pleading by November 17, 2018. (ECF No. 9.) On November 16, 2018, the parties submitted a stipulation requesting an extension until November 30, 2018, for Defendant to file a responsive pleading or motion to dismiss, and requesting the mandatory scheduling conference, currently scheduled for November 20, 2018, to be continued for a period of sixty (60) days. (ECF No. 10.)

///
///

1

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's responsive pleading or motion to dismiss shall be filed on or before November 30, 2018; and

2. The mandatory scheduling conference currently scheduled for November 20, 2018, at 3:00 p.m., shall be continued until January 29, 2018, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **November 16, 2018**

_____
UNITED STATES MAGISTRATE JUDGE