# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPARATOR TECHNOLOGY SOLUTIONS US, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INSIGHT BREWING COMPANY, LLC,<br><br>Defendant. | Case No. 1:18-cv-01352-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12)<br><br>DEADLINE: JANUARY 14, 2019 |

On November 29, 2018, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action and requesting forty-five (45) days to file dispositional documents with the Court. (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before January 14, 2019.

IT IS SO ORDERED.

Dated: **November 30, 2018**

UNITED STATES MAGISTRATE JUDGE